UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FIDELITY INVESTMENTS LIFE INSURANCE COMPANY, FIDELITY INSURANCE AGENCY, INC., FIDELITY BROKERAGE SERVICES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS RUPP, TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, INC.<br><br>Defendants, | Civil Action<br>No. 1:05-cv-00083-JD |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs Fidelity Investments Life Insurance Company, Fidelity Insurance Agency, Inc., and Fidelity Brokerage Services, LLC and Defendants Dennis Rupp and TIAA-CREF Individual & Institutional Services, Inc. that the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees.

**SO STIPULATED AND AGREED:**

**FIDELITY INVESTMENTS LIFE INSURANCE COMPANY; FIDELITY INSURANCE AGENCY, INC.; AND FIDELITY BROKERAGE SERVICES, LLC.**

By their attorneys,

WIGGIN & NOURIE, P.A.

Dated: August 24, 2005

By: /s/ Donald L. Smith for Thomas J. Pappas
    Thomas J. Pappas, Esquire (Bar No. 4111)
    670 N. Commercial Street, Suite 305
    P.O. Box 808
    Manchester, NH 03105-0808
    (603) 669-2211
    email: tpappas@wiggin-nourie.com

Of Counsel:

Jennifer A. Kenedy, Esquire
Lord Bissell & Brook LLP
115 S. LaSalle Street
Chicago, IL 60603-3901
(312) 443-0377

**DENNIS RUPP AND TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, INC.**

By their attorneys,

DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION

By: /s/ Donald L. Smith
    Thomas Quarles, Esquire (Bar No. 2131)
    Donald L. Smith, Esquire (Bar No. 13525)
    111 Amherst Street
    Manchester, NH 03101
    (603) 669-1000
    email: lsmith@devinemillimet.com

Of Counsel:

Gary D. Friedman, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019
(212) 506-2574

SO ORDERED:

<u>/s/ Joseph A. DiClerico, Jr.</u>                            <u>September 6, 2005</u>
U.S.D.J.                                                      Date

J:\WDOX\DOCS\CLIENTS\16285\73406\M0758077.DOC